Effie F. Anastassiou, Esq. (State Bar #96279)
Karli R. Jungwirth, Esq. (State Bar #227956)
W. John Lo, Esq. (State Bar #259561)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
RELIABLE PRODUCE SOURCING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RELIABLE PRODUCE SOURCING, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORGANIC ALLIANCE, INC., a Nevada ) <br> Corporation; THOMAS MORRISON, an ) <br> Individual; ALICIA KRIESE, an Individual; ) <br> PARKER BOOTH, an Individual; MICHAEL ) <br> ROSENTHAL, an Individual; and MARK ) <br> KLEIN, an Individual, ) <br> ) <br> Defendants. ) | Case No. CV10-05608 LHK <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS** <br><br> FRCP 41 |

WHEREAS, there is currently pending in the United States District Court, Northern District of California, a case which is captioned as Reliable Produce Sourcing, LLC v. Organic Alliance, Inc., et al., Case No. CV10-05608-LHK (the "Action"), which was filed by Plaintiff RELIABLE PRODUCE SOURCING, LLC ("RELIABLE") against Defendants ORGANIC ALLIANCE, INC., a Nevada Corporation ("ORGANIC ALLIANCE"); PARKER BOOTH, an Individual ("BOOTH"); THOMAS MORRISON, an Individual; ALICIA KRIESE, an Individual; MICHAEL ROSENTHAL, an Individual; and MARK KLEIN, an Individual (collectively referred to herein as "DEFENDANTS");

WHEREAS, on January 27, 2011, RELIABLE, ORGANIC ALLIANCE and BOOTH entered into a Settlement Agreement (the "Settlement Agreement") which resolved the disputes among the parties, and which provided that immediately upon execution of the Settlement Agreement, the parties

1 would execute and file a stipulation for the dismissal of RELIABLE's claims against all of the
2 DEFENDANTS, that such dismissal would be with prejudice, and that this Court would retain
3 jurisdiction to enforce the Settlement Agreement, if any party breaches the terms of the Settlement
4 Agreement;

5     THEREFORE, in accordance with the foregoing:

6     IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys
7 of record, that all of the DEFENDANTS are hereby dismissed from this action, with prejudice, and that
8 this Court will retain jurisdiction to enforce the terms of the Settlement Agreement, if any party
9 breaches the Settlement Agreement.

10 IT IS SO STIPULATED.

12 DATED: January 28, 2011                                  ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou
Attorneys for RELIABLE PRODUCE SOURCING, LLC

17 DATED: Feb 1, 2011                                       OTTONE LEACE OLSEN & RAY LLP

By: _____
Anne Frassetto Olsen
Attorneys for ORGANIC ALLIANCE, INC.;
PARKER BOOTH; THOMAS MORRISON;
ALICIA KRIESE; MICHAEL ROSENTHAL;
and MARK KLEIN

### ORDER

25     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Stipulation
26 between Plaintiff RELIABLE PRODUCE SOURCING, LLC and Defendants ORGANIC ALLIANCE,
27 INC., a Nevada Corporation; PARKER BOOTH, an Individual; THOMAS MORRISON, an
28 Individual; ALICIA KRIESE, an Individual; MICHAEL ROSENTHAL, an Individual; and MARK

1 | KLEIN, an Individual (collectively referred to herein as "DEFENDANTS"), by and through their
2 | attorneys of record, that all of the DEFENDANTS are hereby dismissed from this action, with
3 | prejudice, and that this Court will retain jurisdiction to enforce the terms of the Settlement Agreement
4 | referenced above.

Dated: February 2, 2011  _____    _____
HONORABLE LUCY H. KOH
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

F:\WVP\Organic Alliance Dispute\Pleadings\Stipulation for Dismissal.wpd